Neil Olson, Esq. (SBN 120946)
**OLSON & ASSOCIATES**
100 Spear Street, Suite 850
San Francisco, CA 94105
Telephone: (415) 371-8070
Facsimile: (415) 371-8075

Rex M. Clack, Esq. (SBN 59237)
David E. Russo, Esq. (SBN 112023)
**STERLING & CLACK**
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California 94105
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for PLAINTIFF
CROSS LINK, INC., dba
WESTAR MARINE SERVICES

FILED
JUN 30 PM 2:18
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

In the Matter of the Complaint of  ) Case No.: C 05 2687
                                    )
CROSS LINK, INC., dba WESTAR MARINE ) **NOTICE OF ACTION BROUGHT FOR**
SERVICES as Owner and Operator of the M/V ) **EXONERATION FROM OR LIMITATION**
PROVIDER,                           ) **OF LIABILITY**
                                    )
         Plaintiff,                 )
                                    )
For Exoneration From or Limitation of Liability. )
                                    )
_____)

NOTICE IS HEREBY GIVEN that plaintiff CROSS LINK, INC., dba WESTAR MARINE SERVICES ("plaintiff"), as Owner and Operator of that certain vessel, the M/V PROVIDER, a vessel built in or about 1966, with an approximate length of 61.5ft., bearing Registration No. 504784 (herein after referred to as the "M/V PROVIDER"), has on June 30, 2005, filed a

1

complaint wherein it claims the right to exoneration from or limitation of liability for all losses, damages, injuries, or deaths occasioned, sustained or incurred upon, or in any manner arising out of, the voyage of the M/V PROVIDER which occurred on or about January 3, 2005, while the M/V PROVIDER plied the navigable waters of San Francisco Bay, and when a small boat collided with it allegedly causing the death of said boat's operator, Roger Picchi, and injury to its passenger, Andrew Surges.

All persons, concerns, or firms having claims for such loss, damage, injury, or death must file said claims, as provided in the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Certain Admiralty and Maritime Claims, on or before November 1, 2005 with the Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102 and serve on, or mail a copy thereof to plaintiff's attorneys, Sterling & Clack, Attn: Rex M. Clack, 101 Howard Street, Suite 400, San Francisco, CA 94105, or be defaulted.

Any claimant desiring to contest the right of the plaintiff to exoneration from or limitation of liability must file an answer to the said complaint, unless his claim has contained an answer, and serve on, or mail to plaintiff's attorneys a copy thereof on or before the date set out above, as required by the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Certain Admiralty and Maritime Claims.

Dated: 9 Aug

*[signature]*

United States District Judge

181635/P/Exoneration

NOTICE OF ACTION BROUGHT FOR EXONERATION
FROM OR LIMITATION OF LIABILITY

Case No.: C-04-2483 SC