1  Neil Olson, Esq. (SBN 120946)
   **OLSON & ASSOCIATES**
2  100 Spear Street, Suite 850
3  San Francisco, CA 94105
   Telephone: (415) 371-8070
4  Facsimile:  (415) 371-8075

5  Rex M. Clack, Esq. (SBN 59237)
6  David E. Russo, Esq. (SBN 112023)
   **STERLING & CLACK**
7  A Professional Corporation
   101 Howard Street, Suite 400
8  San Francisco, California 94105
9  Telephone: (415) 543-5300
   Facsimile:  (415) 543-3335
10

11 Attorneys for PLAINTIFF
   CROSS LINK, INC., dba
12 WESTAR MARINE SERVICES

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                          IN ADMIRALTY      C 05 2687

17

18 | In the Matter of the Complaint of          ) Case No.:
19 |                                            )
   | CROSS LINK, INC., dba WESTAR MARINE        ) **SPECIAL RESTRAINING ORDER**
20 | SERVICES as Owner and Operator of the M/V  )
   | PROVIDER,                                  )
21 |                                            )
22 |              Plaintiff,                    )
   |                                            )
23 | For Exoneration From or Limitation of Liability.)
   |                                            )
24 |_____)

25       Now on motion of Neil Olson & Associates and Sterling & Clack, attorneys for
26 plaintiff CROSS LINK, INC., dba WESTAR MARINE SERVICES ("plaintiff"), as owner of that
27 certain vessel, the M/V PROVIDER, built in or about 1966, with an approximate length of 61.5
28 feet, bearing Registration Number 504784 (hereinafter referred to as "the M/V PROVIDER"),

1

1   IT IS HEREBY ORDERED that the institution and prosecution of any and all suits, actions
2   or legal proceedings of any nature or description whatsoever, except in this proceeding for
3   exoneration from or limitation of liability, against the plaintiff with respect to any claim arising out
4   of or connected with the incident which occurred on or about January 3, 2005, while the M/V
5   PROVIDER plied the navigable waters of San Francisco Bay, and when a small boat collided with
6   it allegedly resulting in the death of said boat's operator and injury to its passenger, be and hereby
7   are stayed and restrained until the hearing and determination of this proceeding, and

8   IT IS FURTHER ORDERED that the service of this Order as a Restraining Order be made:
9   (1) within this District, by delivery of a certified copy hereof to the person or persons to be
10  restrained, or to their respective attorneys; and (2) in any other District, by the United States
11  Marshal for such District delivering a certified copy of this order to the person or persons to be
12  restrained or to their respective attorneys, in case any action, suit or legal proceedings have been
13  taken.

15  IT IS ORDERED this ___9___ day of __Aug__, 2005, at San Francisco, California.

_____
United States District Judge

181635/P/Special Restrain Order

2

SPECIAL RESTRAINING ORDER                                           Case No.: