| | |
|---|---|
| 1 | Neil Olson, Esq. (SBN 120946) |
| 2 | **OLSON & ASSOCIATES**<br>100 Spear Street, Suite 850 |
| 3 | San Francisco, CA 94105<br>Telephone: (415) 371-8070 |
| 4 | Facsimile:  (415) 371-8075 |
| 5 | |
| 6 | Rex M. Clack, Esq. (SBN 59237)<br>David E. Russo, Esq. (SBN 112023) |
| 7 | **STERLING & CLACK**<br>A Professional Corporation |
| 8 | 101 Howard Street, Suite 400<br>San Francisco, California 94105 |
| 9 | Telephone: (415) 543-5300<br>Facsimile:  (415) 543-3335 |
| 10 | |
| 11 | Attorneys for PLAINTIFF<br>CROSS LINK, INC., dba |
| 12 | WESTAR MARINE SERVICES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

Case No.: C 05 2687

In the Matter of the Complaint of

CROSS LINK, INC., dba WESTAR MARINE SERVICES as Owner and Operator of the M/V PROVIDER,

    Plaintiff,

For Exoneration From or Limitation of Liability.

(~~PROPOSED~~) ORDER DIRECTING MONITION AND RESTRAINING ORDER TO ISSUE

    A complaint having been filed herein by CROSS LINK, INC., dba WESTAR MARINE SERVICES ("plaintiff"), as owner of that certain vessel, the M/V PROVIDER, built in or about 1966, with an approximate length of 61.5 feet, bearing Registration Number 504784 (hereinafter referred to as "the M/V PROVIDER"), seeking exoneration from or limitation of

1

1  liability as provided for by statute, for all losses, damages or injuries occasioned, sustained or
2  incurred upon, or in any manner arising out of a voyage of said vessel which occurred on or about
3  January 3, 2005, while the M/V PROVIDER plied the navigable waters of San Francisco Bay.
4      It appearing from plaintiff's complaint that the value of the vessel after the incident does not
5  exceed TWO HUNDRED SEVENTY FIVE THOUSAND DOLLARS ($275,000), and that claims
6  have been and may be asserted against plaintiff for loss and damage and that said claims are subject
7  to limitation in the action now on file in this Court;
8      Now, upon application of the plaintiff herein,
9      IT IS HEREBY ORDERED that a Notice and Monition issue out of and under the seal of
10  this Court to and against all persons, concerns or firms claiming damages for any and all losses,
11  damages or injuries occasioned, sustained or incurred upon, or in any manner arising out of or
12  consequent upon, said voyage of the M/V PROVIDER which occurred on January 3, 2005 while it
13  plied the navigable waters of San Francisco Bay, and when a small boat collided with it allegedly
14  resulting in injuries and death of persons aboard said boat, admonishing them and each of them to
15  appear and file their respective claims with the Clerk of this Court on or before _November_
16  _1_, 2005 and to make due proof of their respective claims in such manner as may hereinafter
17  be directed by further order of this Court, subject to the right of any persons, concerns or firms to
18  controvert or question said claims, with liberty also to any such claimants who have duly filed their
19  claims to answer the complaint herein and to file such answer with the Clerk of this Court on or
20  before the date specified above; and
21      IT IS FURTHER ORDERED that public notice of said monition pursuant to the Federal
22  Rules of Civil Procedure, Supplemental Rule F(4) for Admiralty and Maritime Claims, shall be
23  given by publication in a newspaper of general circulation in San Francisco, California published
24  once a week for four successive weeks prior to the date fixed herein for the filing of claims; and
25      IT IS FURTHER ORDERED that not later than the date of the second publication of said
26  notice, the plaintiff shall mail or cause to be mailed a copy of the said notice to every person, firm
27  or concern known to have made any claim against the plaintiff or the M/V PROVIDER arising from
28  the aforementioned voyage; and

(PROPOSED) ORDER DIRECTING MONITION AND
RESTRAINING ORDER TO ISSUE                                                Case No.:

1  IT IS FURTHER ORDERED that the institution and prosecution of any suits, actions or legal proceedings of any nature or description whatsoever in any court, except in this proceeding for exoneration from or limitation of liability, against the plaintiff in respect of any claim or claims arising out of, occasioned by, or in any way consequent upon the aforementioned voyage of the M/V PROVIDER, or the incident in which it was involved, or otherwise subject to limitation in this proceeding, be and the same are hereby enjoined, this injunction to remain in effect until the determination of the action in this Court; and

IT IS FURTHER ORDERED that service of this Order as a restraining order shall be made by delivering a certified copy of this to the person or persons to be restrained, or to their respective attorneys or representatives.

IT IS ORDERED this __9__ day of Aug 2005 at San Francisco, California.

_____
United States District Judge

181635/P/PropMonitionOrder

(PROPOSED) ORDER DIRECTING MONITION AND RESTRAINING ORDER TO ISSUE                                         Case No.: