Neil Olson, Esq. (SBN 120946)
**OLSON & ASSOCIATES**
100 Spear Street, Suite 850
San Francisco, CA 94105
Telephone:  (415) 371-8070
Facsimile:   (415) 371-8075

Rex M. Clack, Esq. (SBN 59237)
David E. Russo, Esq. (SBN 112023)
**STERLING & CLACK**
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California 94105
Telephone:  (415) 543-5300
Facsimile:  (415) 543-3335

Attorneys for PLAINTIFF
CROSS LINK, INC., dba
WESTAR MARINE SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| In the Matter of the Complaint of ) | Case No.:  C-05-2687 BZ |
| ) | |
| CROSS LINK, INC., dba WESTAR MARINE ) | **CASE MANAGEMENT ORDER** |
| SERVICES as Owner and Operator of the M/V ) | [~~PROPOSED~~] |
| PROVIDER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| For Exoneration From or Limitation of Liability.) | |
| ) | |
| _____ ) | |

     Having reviewed and considered plaintiff's Case Management Statement and Proposed Order and finding same to be in furtherance of the fair administration of this case, the Proposed Order is hereby adopted by the Court as the case management order for the case.

     THEREFORE, the Court orders as follows:

1

---
CASE MANAGEMENT ORDER                                    Case No.:  C-05-2687 BZ

1    1. The Case Management Conference currently set for October 31, 2005 is continued to
2    December 5, 2005.
3    2. The parties herein shall file a Case Management Statement and, where applicable, a Rule
4    26(f) Report, on or before November 28, 2005.
5    3. The presently scheduled deadline of October 11, 2005 for the filing of a Joint ADR
6    Certification is hereby vacated and it is hereby ordered that a new date for filing the ADR
7    Certification will be set at the time of the continued status conference.
8    4. The present deadline of October 24, 2005 for exchange of Initial Disclosures under Rule
9    26(a) of the Federal Rules of Civil Procedure is hereby vacated and it is ordered that a new date for
10   exchange of initial disclosures shall be set at the continued case management conference.

IT IS SO ORDERED.

Dated: October 24, 2005

IT IS SO ORDERED
Judge Bernard Zimmerman
U.S. Magistrate Judge

181635/P/CaseManagementOrder

CASE MANAGEMENT ORDER                                                Case No.: C-05-2687 BZ