COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 88390)
Ronnie R. Gipson Jr. (SBN 237673)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Claimant,
KIEWIT PACIFIC COMPANY
AND PETER KIEWIT SONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of<br><br>CROSS LINX, INC., dba WESTAR MARINE SERVICES as Owner and Operator of the M/V PROVIDER,<br><br>Plaintiff,<br><br>For Exoneration from or Limitation of Liability | Case No.: C 05 2697 MJJ<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE (FRCP 41)<br><br>PROPOSED ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that pursuant to FRCP 41, Kiewit Pacific Company & Peter Kiewit Sons, Inc.'s claims herein for indemnity and contribution shall be *dismissed without prejudice* to their right to re-file said claims should they be sued herein or in any other jurisdiction for any causes of action arising out of the accident giving rise to this action.

Dated: May 9, 2006

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Claimants Kiewit Pacific
Company & Peter Kiewit Sons, Inc.

By: /s/ Ronnie R. Gipson Jr.
for Richard C. Wootton

-1- Case No.: C 05 2697 MJJ
STIPULATION TO DISMISS WITHOUT PREJUDICE CLAIM FOR INDEMNITY AND/OR CONTRIBUTION BY KIEWIT PACIFIC COMPANY & PETER KIEWIT SONS, INC. PER FRCP 41

1  Dated: ~~April~~ May 8, 2006

NEIL OLSON & ASSOCIATES
Attorneys for Plaintiff Cross Link, Inc. aka
Westar Marine Services

By: _____
Neil Olson

6  Dated: April 24, 2006

VERNARDI - SLAM LLP
Attorney for Claimant-Respondents Constance
Picchi, Roger Albert Picchi and Andrew J.
Surges

By: _____
Mark L. Vernardi

12  SO ORDERED

14  Dated: 5/12/2006

Judge Martin J. Jenkins

_____
U.S. District Court Judge

STIPULATION TO DISMISS WITHOUT PREJUDICE CLAIM FOR INDEMNITY AND/OR CONTRIBUTION BY KIEWIT PACIFIC COMPANY & PETER KIEWIT SONS, INC.
PER FRCP 41

Case No.: C 05 2687 MJJ
-2-