Rex M. Clack, Esq. (SBN 59237)
David E. Russo, Esq. (SBN 112023)
Neil Olson, Esq. (SBN 120946)
**STERLING & CLACK**
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California 94105
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for PLAINTIFF
CROSS LINK, INC., dba
WESTAR MARINE SERVICES

FILED

JUL 10 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

In the Matter of the Complaint of

CROSS LINK, INC., dba WESTAR MARINE SERVICES as Owner and Operator of the M/V PROVIDER

Plaintiff,

For Exoneration From or Limitation of Liability.

Case No.: C-05-2687 MJJ

**STIPULATION AND REQUEST TO CONTINUE HEARING AND BRIEFING DATES ON CLAIMANTS' MOTION TO STAY LIMITATION PROCEEDING:** [PROPOSED ORDER]

Plaintiff, CROSS LINK, INC., dba WESTAR MARINE SERVICES ("plaintiff"), claimants CONSTANCE PICCI and ANDREW SURGES ("claimants"), by and through their respective counsel of record, hereby stipulate to and respectfully request the Court continue the hearing on claimants' motion to stay the limitation proceeding and concurrently continue the dates for briefing said motion for the reasons set forth below.

Claimants filed their motion to stay this limitation proceeding and lift the restraining order entered herein on June 20, 2006. A hearing thereon was scheduled for July 25, 2006. Pursuant to Local Rule 7-3(a) and this Court's Standing Order opposition to the motion, if any, is due on July 3,

1

1  2006. Plaintiff's lead counsel was out of the area during the week of June 26, 2006 and co-counsel
2  was previously out of state during the week of June 19, 2006. By reason of such prior calendar
3  commitments and the requirement for filing opposition to the motion 21 days before the hearing,
4  plaintiff's counsel is unavailable the weekend prior to Monday, July 3, 2006 to asses and, if desired,
5  prepare opposition to the motion.
6      Moreover, plaintiff and claimants have not had an opportunity to confer regarding the
7  motion which could allow for the possibility of limiting the scope of any dispute regarding the relief
8  sought by the motion. Consequently, the parties respectfully suggest that a continuance of the
9  hearing on claimants' motion with a concomitant extension of briefing deadlines will promote the
10 fair and efficient adjudication of the motion.
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

2

STIPULATION AND REQUEST TO CONTINUE HEARING AND BRIEFING   Case No.: C-05-2687 MJJ
DATES ON CLAIMANTS' MOTION TO STAY LIMITATION PROCEEDING: [PROPOSED ORDER]


1   For the foregoing reasons, plaintiff and claimants hereby stipulate and respectfully request
2   that the Court continue the date of hearing on claimants' motion to stay the limitation proceeding to
3   the next available date available to the Court for such hearing, which the parties hereto believe is
4   August 29, 2006, and that the Court order that the briefing schedule be concomitantly extended
5   consistent with the new hearing date and in accordance with Local Rule 7-3(a) and this Court's
6   Standing Order.

8   SO STIPULATED:

10  Dated: June 28, 2006                    STERLING & CLACK
                                            Rex M. Clack
                                            Neil Olson
11                                          David E. Russo

13                                          By:  s/David E. Russo
                                            David E. Russo
14                                          Attorneys for Plaintiff
                                            CROSS LINK, INC., dba
15                                          WESTAR MARINE SERVICES

17  Dated: June 27, 2006                    VENARDI ELAM, LLP

19                                          By:  s/Mark L. Venardi
20                                          Mark L. Venardi, Esq.

21                                          Attorneys for Claimant-Respondents
                                            CONSTANCE PICHHI, as the personal
22                                          representative of the wrongful death claimants
23                                          and ANDREW J. SURGES

24
    David E. Russo attests that concurrence in the filing of this document has been obtained from each
25
    of the other signatories identified herein.
26

27  181635/P/Prop.StipEfile
28

3

## ORDER

Upon review and consideration of the foregoing stipulation, in good cause appearing therefore, IT IS HEREBY ORDERED:

1. The hearing on claimants motion to stay the limitation proceeding is continued to ~~August 29, 2006~~ OCTOBER 17, 2006;

2. The date for filing opposition to claimants' motion is hereby continued to ~~August 8, 2006~~ SEPTEMBER 26, 2006;

3. The date for filing any reply by claimants in support of the motion of their motion is continued to ~~August 15, 2006~~ OCTOBER 3, 2006.

Dated: 7/10/06

_____
Martin J. Jenkins

STIPULATION AND REQUEST TO CONTINUE HEARING AND BRIEFING   Case No.: C-05-2687 MJJ
DATES ON CLAIMANTS' MOTION TO STAY LIMITATION PROCEEDING: [PROPOSED ORDER]