Rex M. Clack, Esq. (SBN 59237)
Neil Olson, Esq. (SBN 120946)
David E. Russo, Esq. (SBN 112023)
**STERLING & CLACK**
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California 94105
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for PLAINTIFF
CROSS LINK, INC., dba
WESTAR MARINE SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| In the Matter of the Complaint of ) | Case No.: C 05 2687 MJJ |
| ) | [PROPOSED] **ORDER NOTING** |
| CROSS LINK, INC., dba WESTAR MARINE ) | **DEFAULTS** |
| SERVICES as Owner and Operator of the M/V ) | |
| PROVIDER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| For Exoneration From or Limitation of Liability.) | |
| ) | |
| _____ ) | |

    A Complaint for Exoneration From or Limitation of Liability having been filed on June 30, 2005 by CROSS LINK, INC., dba WESTAR MARINE SERVICES as Owner and Operator of the M/V PROVIDER, an Order having been duly granted and filed on August 10, 2005 directing that a Monition be issued, a Monition having thus been issued by Clerk of the Court admonishing all persons or concerns claiming damages for any and all losses, damages or injuries occasioned, sustained or incurred upon, or in any manner arising out of or consequent upon the voyage of the M/V PROVIDER which is the subject of this proceeding to appear and file their respective claims and answers to the Complaint, if any, with the Clerk of this Court on or before November 1, 2005,

1

[PROPOSED] Order Noting Defaults      Case No.: C 05 2687 MJJ

1  Notice of this action and the Monition having been duly given and published as appears in the
2  proofs of publication and mailing filed herein, and only CONSTANCE PICCHI, as Personal
3  Representative of Roger Albert Picchi, deceased, ANDREW J. SURGES, KIEWIT PACIFIC
4  COMPANY, and PETER KIEWIT SONS, INC., having filed a claim and/or answer to plaintiff's
5  Complaint herein by November 1, 2005,

6  NOW, on the Application of CROSS LINK, INC., dba WESTAR MARINE SERVICES as
7  Owner and Operator of the M/V PROVIDER, it is:

8  ORDERED, ADJUDGED AND DECREED that the defaults of all persons or concerns who
9  have not heretofore filed and presented claims and answers in this proceeding, be and hereby are
10 noted, and said persons or concerns in default be, and hereby are forever barred from filing any
11 claims or answers in this proceeding and from instituting or prosecuting in any manner whatsoever
12 in this or any other proceeding, suit or action, any claim, action, suit or proceeding against Plaintiff,
13 arising from or consequent upon the voyage of the M/V PROVIDER on or about January 3, 2005,
14 which is the subject of this proceeding.

17 Dated: 10/31/2006

_____
Martin J. Jenkins
United States District Judge

26 181635/P/[____]OrderNotingDefaults

2

[_____]Order Noting Defaults                                    Case No.: C 05 2687 MJJ