IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CROSS LINK, INK, dba WESTAR MARINE SERVICES,<br><br>　　　　　　Plaintiff(s),<br>_____/ | No. C 05-2687MJJ<br><br>**ORDER TO SHOW CAUSE** |

THIS COURT, having previously abated this action on November 1, 2006, pending the entry of judgment, if any, in any subsequent action brought and prosecuted by Claimant-Respondents Constance Picchi and Andrew J. Surges in an appropriate forum of their choosing, and having received no notice of such subsequent action,

IT IS HEREBY ORDERED that if Claimant-Respondents fail to file a written response to this order to show cause **within thirty days of the date of the order,** the case shall be dismissed without prejudice.

Dated:　　5/29/2007

_____
MARTIN J. JENKINS
United States District Judge