IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF CROSS LINK, INC.,<br><br>    Plaintiff,<br><br>From Exoneration From or Limitation of Liability. | No. C 05-02687 JSW<br><br>**ORDER REQUIRING STATUS REPORT** |

On June 25, 2007, Claimant filed a response to an order to show cause stating that the state court action was still pending. Plaintiffs are HEREBY ORDERED to submit a status report by no later than August 4, 2008, advising the Court as to the status of this matter as well as the underlying state court litigation.

**IT IS SO ORDERED.**

Dated: July 23, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE