| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| 2 | **HANSEN & POULOS, LLP** |
|   | Richard C. Wootton (SBN 88390) |
| 3 | Christopher S. Kieliger (SBN 209121) |
|   | 190 The Embarcadero |
| 4 | San Francisco, CA 94105 |
|   | Telephone: (415) 438-4600 |
| 5 | Facsimile: (415) 438-4601 |

Attorneys for Plaintiff
CROSS LINK, INC., dba
WESTAR MARINE SERVICES

Attorneys for Claimant/Respondent
KIEWIT PACIFIC COMPANY
& PETER KIEWIT SONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN ADMIRALTY

| | |
|---|---|
| In the Matter of the Complaint of | Case No.: C 05 2687 MJJ |
| CROSS LINK, INC., dba WESTAR MARINE SERVICES as Owner and Operator of the M/V PROVIDER, | **SUBSTITUTION OF ATTORNEYS** |
| Plaintiff, | |
| For Exoneration From or Limitation of Liability. | |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE BE ADVISED that in the above entitled case, plaintiff CROSS LINK, INC., dba WESTAR MARINE SERVICES hereby substitutes the law firm of Cox, Wootton, Griffin, Hansen & Poulos, LLP as its sole counsel of record in place and stead of Sterling & Clack

///

---

PLAINTIFF'S SUBSTITUTION OF ATTORNEYS — Case No.: C05-02687 MJJ

I

Copies of all future pleadings, records and papers should be served on:

Richard C. Wootton, Esq.
Cox, Wootton, Griffin, Hansen & Poulos, LLP
190 The Embarcadero
San Francisco, CA 94105
Telephone: (415) 438-4600
Facsimile: (415) 438-4601

I consent to this substitution on behalf of CROSS LINK, INC. dba WESTAR MARINE SERVICES.

Dated: _____  By: _____
                            Rich Smith

I consent to this substitution.

Dated: 8/4/08  By: _____
                   David E. Russo
                   STERLING & CLACK

I accept this substitution.

Dated: _____  By: _____
                            Christopher S. Kieliger
                            COX, WOOTTON, GRIFFIN,
                            HANSEN & POULOS, LLP
                            Attorneys for Plaintiff, CROSS LINK, INC.,
                            dba WESTAR MARINE SERVICES,
                            KIEWIT PACIFIC COMPANY &
                            PETER KIEWIT SONS, INC

The substitution of Attorney is hereby approved and so ordered.

Dated: August 7, 2008  _____
                       The Honorable Jeffrey S. White
                       U.S. District Judge

PLAINTIFF'S SUBSTITUTION OF ATTORNEYS — 2 — Case No.:C05-02687 MJJ