IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF CROSS LINK, INC.,         No. C 05-02687 JSW

**ORDER REQUIRING JOINT STATUS REPORTS**

_____/

On July 23, 2008, this Court issued an Order requiring a joint status report from the parties on the status of a pending state court action. On August 4, 2008, the parties filed separate status reports, advising the Court that the state court action had not yet concluded.

It is HEREBY ORDERED that the parties shall submit a further **joint** status report to the Court by no later than March 13, 2009, advising the Court of the status of the state court proceedings. The parties are FURTHER ORDERED to submit **joint** status reports to the Court every 120 days thereafter until the state court proceedings are resolved.

**IT IS SO ORDERED.**

Dated: March 2, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE