IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF CROSS LINK, INC.,

    Plaintiff,

For Exoneration From or Limitation of Liability.

No. C 05-02687 JSW

**ORDER DIRECTING CLERK TO CLOSE CASE ADMINISTRATIVELY**

    The Clerk of the Court is directed administratively to close the case for statistical purposes. The parties shall notify the Court within ten days of the resolution of the underlying state court litigation, and this entire matter shall thereafter be reopened.

    **IT IS SO ORDERED.**

Dated: August 28, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE