COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton (SBN 88390)
Christopher S. Kieliger (SBN 209121)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff,
CROSS LINK, INC. dba
WESTAR MARINE SERVICES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In the Matter of the Complaint of | ) | CASE No.: 3:05-CV-02687-JSW |
|---|---|---|
| CROSS LINK, INC., dba WESTAR MARINE SERVICES as Owner and Operator of the M/V PROVIDER, | ) ) ) ) | PLAINTIFF'S PETITION FOR DISBURSEMENT OF FUNDS AND ORDER THEREON 28 U.S.C. § 2042 |
| Plaintiff, | ) ) | |
| For Exoneration from or Limitation of Liability | ) ) ) | |

Plaintiff Cross Link, Inc. dba Westar Marine Services ("the Plaintiff") hereby petitions the United States District Court, Northern District of California for return of the amount of One Thousand Dollars ($1,000) plus accrued interest, less the court registry fee, as deposited into the Court's registry account on June 30, 2005. This case having been terminated on August 28, 2009, and a stipulation of dismissal filed on September 19, 2012, the Plaintiff now petitions this Court for approval of the Plaintiff's [Proposed] Order Granting Disbursement of Funds according to Title 28 of the United States Code Section 2042. The disbursement should be made to the Plaintiff upon its delivery of the Order Granting Disbursement of Funds to the Finance Department of the Clerk's Office.

Dated: August 5, 2013

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP

By: _____/S/_____
Richard C. Wootton

# [PROPOSED] ORDER GRANTING THE PLAINTIFF'S PETITION FOR DISBURSEMENT OF FUNDS

Having read and considered the Plaintiff Cross Link, Inc. dba Westar Marine Services' PETITION FOR DISBURSEMENT OF FUNDS, and there being no opposition to said Petition, and good cause otherwise appearing,

IT IS HEREBY ORDERED that the amount of One Thousand Dollars ($1,000) plus accrued interest less the court registry fee, as deposited by the Plaintiff into the Court's registry on June 30, 2005 shall be returned to Plaintiff Cross Link, Inc. dba Westar Marine Services.

This disbursement should be made to the Plaintiff upon delivery of this Order Granting Disbursement of Funds to the Finance Department of the Clerk's Office.

**IT IS SO ORDERED.**

Dated: August 21, 2013      By: *Jeffrey S White*
                                District Court Judge

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

IMU.Picchi

-2-                                                                Case No.: 3:05-CV-02687-JSW
PLAINTIFF'S PETITION FOR DISBURSEMENT OF FUNDS AND [PROPOSED] ORDER